IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00085-SKC                                              DRAFT

Jonathan Ochman & Alejandra Ochman,

Plaintiffs,

v.

Benjamin D. Wilhelm and River Roots, LLC

Defendants.

---

**JOINT MOTION FOR ENLARGEMENT OF DISCOVERY AND DISCLOSURE DEADLINES**

---

Come now Defendants Benjamin D. Wilhelm and River Roots, LLC through counsel, Richard J. Banta, and Plaintiffs Jonathan Ochman and Alejandra Ochman, through counsel, Joshua P. Ward, pursuant to Rule 7 Fed. R. Civ. P., and respectfully move the Court for an Order granting this motion. In support of such motion, the parties state as follows:

1. The Scheduling Order in this case was filed on May 20, 2021 (doc 23).

2. The Pretrial Conference is scheduled for April 7, 2022.

3. The matter has not been set for trial.

4. The parties continue to engage in informal discovery.

5. The Scheduling Order sets forth various discovery and disclosure deadlines.

6. On October 5, 2021 a related Declaratory Judgment actions was filed by Scottsdale Insurance Company naming as defendants the plaintiffs and defendants in this action.

1

7. It is currently unclear how this related lawsuit may impact this action.

8. The parties as noted in the August 24, 2021 Status Report (doc 24) are continuing to pursue ADR through mediation; both lawsuits are now scheduled for mediation in front of Judge Ken Plotz of AB Litigation Services on Thursday, January 27, 2022.[1]

9. The parties believe it will facilitate the resolution of this case if the current discovery and disclosure deadlines are extended 120 days.

10. The parties respectfully request that Section 8(d) of the Scheduling Order be modified to March 18, 2022; that Section 9(d)(iii) be modified to February 18, 2022, and that Sections 9(d)(iv), (vi) and (vii) be modified to March 18, 2022.

WHEREFORE, the parties respectfully pray that the Court enter an Order granting this motion and granting such further relief as the Court deems just and proper.

Respectfully submitted,

s/*Richard J. Banta, Esq.*
Richard J. Banta
501 S. Cherry Street
Suite 1100-mb11
Denver, CO 80246
Counsel for Defendants
Benjamin Wilhelm and
River Roots, LLC.
303-860-8048
rjbanta@comcast.net

s/*Joshua P. Ward, Esq.*
Joshua P. Ward
201 South Highland Ave.
Suite 201
Pittsburgh, PA 15206
Counsel for Plaintiffs
Jonathon Ochman and
Alejandra Ochman
412-545-3016
jward@jpward.com

---

[1] Judge Plotz is the former Chief Judge of the 13th judicial district in Colorado.

2

CERTIFICATE OF SERVICE

  I certify that on December 16, 2021 I electronically filed the foregoing Joint Motion for Enlargement of Discovery and Disclosure Deadlines with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

              *s/Richard J. Banta*
              Richard J. Banta