IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00085-CNS-SKC

Jonathan Ochman & Alejandra Ochman,

Plaintiffs,

v.

Benjamin D. Wilhelm and River Roots, LLC,

Defendants.

## STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO RULE 41 FED. R. CIV. P.

Comes now Plaintiffs Jonathan Ochman and Alejandra Ochman, pro se, and Defendants Benjamin D. Wilhelm and River Roots, LLC, through counsel, Richard J. Banta and stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

| | |
|---|---|
| *s/Jonathon Ochman* | Respectfully submitted, |
| Jonathon Ochman | |
| 201 S. Highland Ave. | *s/Richard J. Banta.* |
| Suite 201 | Richard J. Banta |
| Pittsburgh, PA 15206 | 501 S. Cherry Street |
| | Suite 1100-mb11 |
| *s/Aljeandra Ochman* | Denver, CO 80246 |
| Aljeandra Ochman | 303-860-8048 |
| 201 S. Highland Ave. | FAX:  303-333-1195 |
| Suite 201 | E-mail: rjbanta@comcast.net |
| Pittsburgh, PA 15206 | Attorney for Defendants |
| | Benjamin D. Wilhelm and |
| | River Roots, LLC |

Date: August 3rd , 2023